IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENVER LEE,

        Petitioner,

v.

WARDEN LILLIARD,

        Respondent.

Case No. 25-cv-183-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of June 9, 2025 (Doc. 7), this entire action is **DISMISSED without prejudice.**

DATED:   July 25, 2025

                                              **MONICA A. STUMP,**
                                              Clerk of Court

                                              By:   *s/ Deana Brinkley*
                                                        **Deputy Clerk**

**APPROVED:** *s/ Nancy J. Rosenstengel*
                       **NANCY J. ROSENSTENGEL**
                       **Chief U.S. District Judge**